DATE: 9-2-2015.

61,973-04

TO: THE COURT OF CRIMINAL APPEALS:

I'm NOTIFING THE COURT OF CRIMINAL APPEALS TO INFORM YOU THAT I HAVE FILED A SECOND WRIT. THE CAUSE NUMBER IS 1327680-B, WHICH IS STILL BEING BE REVIEWED BY THE TRIAL COURT. MY YEAR DEAD-LINE WILL EXPIRE ON 10-1-2015. WHEN SHOULD I FILE THE 2254 WRIT? DO I HAVE AN EXTENSION? OR, SHOULD I GO A-HEAD AND FILE THE 2254 WRIT BECAUSE THE DEAD-LINE OF HAVING ONLY ONE YEAR TO FILE THE 2254 WRIT WILL EXPIRE ON 10-1-2015. CAN YOU PLEASE SEND ME INSTRUCTIONS ON WHAT I'm SUPPOSE TO DO IN THIS TYPE OF SITUATION? I DON'T WANT TO GET TIME-BARRED TIME-BARRED. THANK YOU.

ROBERT LEE HICKS II
T.D.C.J. # 1811716.
EASTHAM UNIT.
2665 PRISON RD. #1.
LOVELADY, TEXAS 75851.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk